UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON

Joseph Stanley Pigott,
Plaintiff,
v.
Wells Fargo Bank, et al.,
Defendants.

Case # 18-CV-00753 RAJ

PLAINTIFF'S REQUEST FOR U.S. MARSHAL PROCESS SERVICE

I, Joseph Stanley Pigott, hereby request this Court to have the U.S. Marshals Service to deliver said Summons + Complaint to Wells Fargo Bank.

Respectfully Submitted,
Mr. Joseph S. Pigott
5/24/2018
604 So. 162nd St.
Burien, WA. 98148
425-221-7390

___ FILED    ___ ENTERED
___ LODGED   ___ RECEIVED

MAY 24 2018   RE

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
for the

Western [District]

Joseph Stanley Pigott
_____
Plaintiff(s)

v.

Wells Fargo Bank, et al.,
_____
Defendant(s)

Civil Action No. 18CV753 RAJ

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Wells Fargo Bank

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Joseph Stanley Pigott
604 So. 162nd St.
Burien, WA. 98148

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____
*Signature of Clerk or Deputy Clerk*