# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

JOSEPH STANLEY PIGOTT,

                Plaintiff,

  v.

WELLS FARGO BANK, et al.,

                Defendants.

CASE NO. 2:18-cv-00753-RAJ

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**

Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED** under 28 U.S.C § 1915(a)(1). The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

The Clerk shall provide a copy of this Order to plaintiff and to the Honorable Richard A. Jones.

DATED this 31st day of May, 2018.

                                            BRIAN A. TSUCHIDA
                                            Chief United States Magistrate Judge