*Pro Se 2 2016*

FILED ___ ENTERED
LODGED ___ RECEIVED

MAY 2 4 2018   RE

AT SEATTLE
CLERK U.S. DISTRICT COURT
BY WESTERN DISTRICT OF WASHINGTON
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

Joseph Stanley Pigott

_____

_____,

    Plaintiff(s),
v.

WELLS FARGO BANK, et al.

_____

_____,

    Defendant(s).

CASE NO. 18-CV-00753 RAJ
[to be filled in by Clerk's Office]

COMPLAINT AND REQUEST FOR INJUNCTION

## I. THE PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

| | |
|---|---|
| Name | Joseph Stanley Pigott |
| Street Address | 604 S. 162nd St. |
| City and County | Burien |
| State and Zip Code | WA. 98148 |
| Telephone Number | 425-221-7390 |

COMPLAINT AND REQUEST FOR INJUNCTION - 1

(margin note: JR APP I: CURTON — No Summons Issue)

Pro Se 2 2016

B. The Defendant(s)

*Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.*

Defendant No. 1

| | |
|---|---|
| Name | Frano Cantor |
| Job or Title *(if known)* | Branch Manager |
| Street Address | 5963 Corson Ave S Ste 140, |
| City and County | Seattle County of King |
| State and Zip Code | Washington (98148) |
| Telephone Number | (206) 767-1110 |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | Branch Manager |
| Street Address | 800 SW 152nd St |
| City and County | Burien County of King |
| State and Zip Code | Washington (98166) |
| Telephone Number | (206) 433-6262 |

Defendant No. 3

| | |
|---|---|
| Name | Joseph |
| Job or Title *(if known)* | Branch Manager |
| Street Address | 1763 4th Ave S. |
| City and County | Seattle King County |
| State and Zip Code | Washington (98134) |
| Telephone Number | (206) 287-1725 |

COMPLAINT AND REQUEST FOR INJUNCTION - 2

Pro Se 2 2016

1  Defendant No. 4

2  Name: Timothy J. Sloan

3  Job or Title *(if known)*: Chief Operating Officer

   Street Address: Wells Fargo 420 Montgomery Street

4  City and County: San Francisco

5  State and Zip Code: Califorinia - 94104.

   Telephone Number: 866-249-3302

6

7

8                 **II.   BASIS FOR JURISDICTION**

9     Federal courts are courts of limited jurisdiction (limited power). Generally, only two

10 types of cases can be heard in federal court: cases involving a federal question and cases

11 involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under

12 the United States Constitution or federal laws or treaties is a federal question case. Under 28

13 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and

14 the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of

15 citizenship case, no defendant may be a citizen of the same State as any plaintiff.

16     What is the basis for federal court jurisdiction? *(check all that apply)*

17     ☑ Federal question         ☑ Diversity of citizenship

18     Fill out the paragraphs in this section that apply to this case.

19 A.   If the Basis for Jurisdiction Is a Federal Question

20     List the specific federal statutes, federal treaties, and/or provisions of the United States

21 Constitution that are at issue in this case.

22 MOORISH-AMERICAN TREATY OF PEACE AND FRIENDSHIP OF 1787 & THE UNITES STATES CONSTITUTION OF 1789.

23 Federal Reserve Act of 1913 12 U.S. Code § 411 & Section 16, 63rd Congress Session 2; Ch. 4-6 P.251.

24 **HOUSE JOINT RESOLUTION 192- PUBLIC LAW 73-10**

COMPLAINT AND REQUEST FOR INJUNCTION - 3

Pro Se 2 2016

1  B.   If the Basis for Jurisdiction Is Diversity of Citizenship

2        1.   The Plaintiff(s)

3            a.   If the plaintiff is an individual.

4  The plaintiff (*name*) **Joseph Stanley Pigott**, is a citizen of the

5  State of (*name*) **(Washington)**.

6            b.   If the plaintiff is a corporation.

7  The plaintiff, (*name*) _____, is incorporated under

8  the laws of the State of (*name*) _____, is incorporated under

9  the laws of the State of (*name*) _____, and has its principal

10 place of business in the State of (*name*) _____.

11       (If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)

12

13       2.   The Defendant(s)

14           a.   If the defendant is an individual.

15 The defendant, (*name*) _____, is a citizen of the

16 State of (*name*) _____. Or is a citizen of

17 (*foreign nation*) _____.

18           b.   If the defendant is a corporation.

19 The defendant, (*name*) **WELLS FARGO BANK**, is incorporated under

20 the laws of the State of (*name*) **(Washington)**, and has its principal

21 place of business in the State of (*name*) **(California)**.

22       Or is incorporated under the laws of (*foreign nation*) _____,

23 and has its principal place of business in (*name*) _____.

24       (If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

COMPLAINT AND REQUEST FOR INJUNCTION - 4

### III. THE AMOUNT IN CONTROVERSY

The amount in controversy – the amount the plaintiff claims the defendant owes or the amount at stake – is more than $75,000, not counting interest and costs of court, because (*explain*):

Plaintiff, Joseph Stanley Pigott, was told that the Bank Manager, Joseph, in downtown Seattle branch, took over 30 Million Dollars from me and didn't pay on demand, as demanded.

I complained to the top office of Wells Fargo Bank, and they won't give me a receipt or a remedy, as demanded.

### IV. STATEMENT OF CLAIM

*Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

A. Where did the events giving rise to your claim(s) occur?

WELLS FARGO BANK DOWNTOWN SEATTLE, AT 1763 4TH AVE S SEATTLE, WA, 98134

WELLS FARGO BANK, 800 SW 152nd St, Burien, WA 98166.

WELLS FARGO BANK, at 5963 Corson Ave S Ste 140, Seattle, WA 98108.

B. What date and approximate time did the events giving rise to your claim(s) occur?

The downtown Branch, in July of 2017.

The Burien Branch, in January 12, 2018.

The Georgetown Branch, on 5/09/2018.

C. What are the facts underlying your claim(s)? (*For example: what happened to you? Who did what? Was anyone else involved? Who else saw what happened?*)

At each Wells Fargo Bank, a Branch Manager took my NOTES/BONDS and acted like they were going to help me to open an account.

The downtown Bank manager saw my notes in my folder and demanded Rafi, agent to open my business account, to copy

COMPLAINT AND REQUEST FOR INJUNCTION - 5

my PROMISSORY NOTES worth over 30 Million dollars and said that he was going to pay me and never gave a receipt or U.S. CURRENY to me.

## V. IRREPARABLE INJURY

*Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.*

Because I do need to take care of my private affairs, which require me to have U.S.CURRENCY purchase

Real estate and payoff the people I promised to pay and still owe them and had to file a lawsuit to stop them from selling to others.

I have been injured by the intentional NEGLIGENCE, of WELLS FARGO bank managers and upper management, who denied me remedy.

## VI. RELIEF

*State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.*

Plaintiff Prays for PUNITIVE DAMAGES of over 30 Million Dollars and WELLS FARGO BANK continues to use my deposits,

for its own benefit and has converted my funds without compensation. Plaintiff seeks to stop WELLS FARGO BANK, from doing

business, in the country, by ALL DEFENDANTS AND ARREST WARRANTS FOR DEFENDANTS, for making economic slaves.

## VII. CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

*Pro Se 2 2016*

1  I agree to provide the Clerk's Office with any changes to my address where case-related
2  papers may be served. I understand that my failure to keep a current address on file with the
3  Clerk's Office may result in the dismissal of my case.

4  Date of signing: 5/24/2018

5  Signature of Plaintiff: *Mr. Joseph S. Pigott*

6  Printed Name of Plaintiff: Joseph Stanley Pigott

8  Date of signing:

9  Signature of Plaintiff:

10  Printed Name of Plaintiff:

12  Date of signing:

13  Signature of Plaintiff:

14  Printed Name of Plaintiff: