Pro Se 2 2016

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

Joseph Stanley Pigott,

_____

_____,

                Plaintiff(s),

  v.

WELLS FARGO BANK, et al.,

_____

_____,

                Defendant(s).

CASE NO. C18-00753-RAJ
[to be filled in by Clerk's Office]

PLAINTIFF'S AMENDED COMPLAINT AND REQUEST FOR INJUNCTION

## I. THE PARTIES TO THIS COMPLAINT

Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

| | |
|---|---|
| Name | Joseph Stanley Pigott |
| Street Address | 604 So. 162nd St. |
| City and County | Burien in King County |
| State and Zip Code | Washington 98148 |
| Telephone Number | 425-221-7390 |

COMPLAINT AND REQUEST FOR INJUNCTION - 1

The Defendant(s)

*Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.*

Defendant No. 1

| | |
|---|---|
| Name | Frano Cantor |
| Job or Title *(if known)* | Branch Manager |
| Street Address | 5963 Corson Ave. S. Ste.140 |
| City and County | Seattle in King County |
| State and Zip Code | Washington 98108 |
| Telephone Number | 206-767-1110 |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | Branch Manager |
| Street Address | 800 S.W. 152nd St. |
| City and County | Burien in King County |
| State and Zip Code | Washington 98166 |
| Telephone Number | 206-433-6262 |

Defendant No. 3

| | |
|---|---|
| Name | Joseph |
| Job or Title *(if known)* | Branch Manager |
| Street Address | 1763 4th Ave. S. |
| City and County | Seattle in King County |
| State and Zip Code | Washington 98134 |
| Telephone Number | 206-287-1725 |

*Pro Se 2 2016*

Defendant No. 4

| | |
|---|---|
| Name | Timothy J. Sloan |
| Job or Title *(if known)* | Chief Operating Officer |
| Street Address | Wells Fargo 420 Montgomery Street |
| City and County | San Francisco in San Freancisco |
| State and Zip Code | 94104 |
| Telephone Number | 866-249-3302 |

## II.  BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be   heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  (*check all that apply*)

x   Federal question           x   Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

<u>MOORISH -AMERICAN TREATY OF PEACE AND FRIENDSHIP OF 1787 & THE UNITED STATES CONSTITUTION OF 1789.  Federal Reserve Act of 1913 12 U.S.C. Code Section</u>

<u>411 & Section 16, 63rd Congress Session 2. Ch. 4-6 P. 251.  HOUSE JOINT RESOLUTION 192- PUBLIC LAW 73-10.</u>

_____

_____

If the Basis for Jurisdiction Is Diversity of Citizenship

The Plaintiff(s)

If the plaintiff is an individual.

The plaintiff, Joseph Stanley Pigott, is a citizen of the State of Washington.

If the plaintiff is a corporation.

The plaintiff, (*name*) Click here to enter plaintiff's name., is incorporated under the laws of the State of (*name*) Click here to enter state, is incorporated under the laws of the State of (*name*) Click here to enter state, and has its principal place of business in the State of (*name*) Click here to enter plaintiff's state.

(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)

The Defendant(s)

If the defendant is an individual.

The defendant,  (*name*) Click here to enter defendant's name., is a citizen of the State of (*name*) Click here to enter state.  Or is a citizen of (*foreign nation*) Click here to enter country..

If the defendant is a corporation.

The defendant, WELLS FARGO BANK,  is incorporated under the laws of the State of Washington, and has its principal place of business in the State of California.

Or is incorporated under the laws of (*foreign nation*) Click here to enter country., and has its principal place of business in (*name*) Click here to enter location..

*Pro Se 2 2016*

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### III.   THE AMOUNT IN CONTROVERSY

The amount in controversy – the amount the plaintiff claims the defendant owes or the amount at stake – is more than $75,000, not counting interest and costs of court, because (*explain*):

Plaintiff, Joseph Stanley Pigott, was told that the Bank Manager, Joseph, in downtown Seattle branch, took 32 Million Dollars from me and didn't PAY ME ON DEMAND, as I demanded to be paid.  I complained to the top office of WELLS FARGO BANK, and they won't give me a receipt or a remedy, as DEMANDED.

### IV.   STATEMENT OF CLAIM

*Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the    facts showing that each plaintiff is entitled to the injunction or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.*

Where did the events giving rise to your claim(s) occur?

WELLS FARGO BANK, downtown Seattle, at 1763 4th Ave. S. Settle, Washington 98134

WELLS FARGO BANK, 800 S.W. 152ND ST, Burien, Washington 98166

WELLS FARGO BANK,  at 5963 Corson Ave. S. Ste. 140, Seattle, Washington 98108

What date and approximate time did the events giving rise to your claim(s) occur?

The Downtown branch, in July of 2017.

The Burien branch, on January 12, 2018.

The Georgetown branch, on 5/09/2018.

COMPLAINT AND REQUEST FOR INJUNCTION - 5

What are the facts underlying your claim(s)? (*For example: what happened to you? Who did what? Was anyone else involved? Who else saw what happened?*)

At each WELLS FARGO BANK, a branch manager took my NOTES/BONDS and acted they were going to help me to open an account.  The downtown Bank manager saw my NOTES in my folder and demanded Rafi, agent to open my business account, to copy my PROMISSORY NOTES worth 32 Million Dollars and said that he was going to pay me and never gave me a receipt or U.S. CURRENCY to me.

### V.     IRREPARABLE INJURY

*Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.*

Because I do need to take care of my PRIVATE AFFAIRS, which require me to have U.S.CURRENCY to purchase real estate and paoff the people I promised to pay and still own the and ha to file a lawsuit to stop them from selling to others.

I have been injured by the Intentional NEGLIGENCE, of WELLS FARGO BANK, bank managers and upper management, who denied me remedy.

### VI.    RELIEF

*State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.*

WHEREFORE, Plaintiff Prays for PUNITIVE DAMAGES OF 32 Million Dollars for the for failing to PAY ON DEMAND.

*Pro Se 2 2016*

<u>Plaintiff seeks to stop WELLS FARGO BANK, from doing business, in the Country, by ALL DEFENDANTS ANDARREST WARRANTS FOR DEFENDANTS, for making people economic SLAVES.</u>

## VII.   CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:           6/13/2018_____

Signature of Plaintiff           s/ Joseph Stanley Pigott_____

Printed Name of Plaintiff    Joseph Stanley Pigott_____


Date of signing:           _____

Signature of Plaintiff         _____

Printed Name of Plaintiff    _____


Date of signing:           _____

COMPLAINT AND REQUEST FOR INJUNCTION - 7

Signature of Plaintiff        _____

Printed Name of Plaintiff     _____