AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

' I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

' I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

' I served the summons on *(name of individual)* APRIL _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* WELLS FARGO

BANK _____ on *(date)* 7/6/2018 ; or

' I returned the summons unexecuted because _____ ; or

' Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 7/6/2018 _____    Oneal Gamble _____
                                        *Server's signature*

                                 ONEAL GAMBLE _____
                                        *Printed name and title*

                                 13808-12^{ave} S.W. 98166 _____
                                        *Server's address*

Additional information regarding attempted service, etc: