## Superior Court of Washington
## County of King

| | |
|---|---|
| JOSEPH STANLEY PIGOTT, et al.,<br><br>                                   Petitioner,<br>v.<br><br>WELLS FARGO BANK, et al.,<br><br>                                   Respondent. | No. 18-CV-00753 RAJ<br><br>**Order on Motion for Default (ORDFL)**<br>**[ x] granted (ORDFL)**<br>**[ ] denied (ORDYMT)** |

### I.  Basis

A motion for default has been presented by Joseph Stanley Pigott.

### II.  Findings

The court *finds*:

**2.1     Proper Jurisdiction and Venue**

   The court has proper jurisdiction and venue.

**2.2     Service on Nonrequesting Party**

   (Name of nonrequesting party being defaulted) WELLS FARGO BANK, et al., was served with a Summons and Complaint and Case Calendar on 7/06/2018.

**2.3     Time Elapsed Since Service**

*Ord of Default (ORDFL) - Page 1 of 3*
*WPF DRPSCU 03.0200 Mandatory (6/2008) - CR 55(a);*

[x ]   The nonrequesting party was served within the state of Washington and more than 20 days have elapsed since the date of service.
[ ]   The nonrequesting party was served outside the state of Washington and more than 60 days have elapsed since the date of service.
[ ]   The nonrequesting party was served by mail and more than 90 days have elapsed since the date of mailing.
[ ]   The nonrequesting party was served by publication and more than 60 days have passed since the date of first publication.

## 2.4   Appearance

[ X]   The nonrequesting party has failed to appear.
[ ]   The nonrequesting party has appeared but has failed to respond.

## 2.5   Servicemembers Civil Relief Act Statement

2.5.1   Service member status --- It appears the nonrequesting party:

[ x] is not a service member;
[ ] is on active duty in the U.S. armed forces (excluding National Guard and reserves);
[ ] is on active duty and is a National Guard member or a Reservist residing in Washington;
[ ] is not on active duty in the U.S. armed forces (excluding National Guard and reserves);
[ ] is not on active duty and is a National Guard member or a Reservist residing in Washington.

2.5.2   Dependent of a service member status --- It appears the nonrequesting party:

[ ] is not a dependent of a resident of Washington who is on active duty and is a National Guard member or a Reservist;
[ ] is a dependent of a resident of Washington who is on active duty and is a National Guard member or a Reservist;
[ ] is presumed not a dependent of a resident of Washington who is on active duty and is a National Guard member or a Reservist.

## 2.6   Other

### III.  Order

*It is Ordered:*

[ ]  The motion is denied.
[ x]  The nonrequesting party is in default.

*Ord of Default (ORDFL) - Page 2 of 3*
*WPF DRPSCU 03.0200 Mandatory (6/2008) - CR 55(a);*

Dated: _____    _____
                                                                                    **Judge/Commissioner**

Presented by:


s/ Joseph Stanley Pigott_____
Signature of Requesting Party or Lawyer/WSBA No.

Joseph Stanley Pigott            7/31/2018
Print Name                            Date

*Ord of Default (ORDFL) - Page 3 of 3*
*WPF DRPSCU 03.0200 Mandatory (6/2008) - CR 55(a);*