Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSEPH STANLEY PIGOTT,

     Plaintiff(s),

 v.

WELLS FARGO BANK, *et al.*,

     Defendant(s).

CASE NO. C18-753 RAJ

ORDER OF DISMISSAL

  On October 31, 2018, the Court dismissed Plaintiff's complaint, but permitted Plaintiff fourteen (14) days from the date of the Court's Order to file an amended complaint which addressed the deficiencies set forth in the Court's October 31st Order.  The Court advised Plaintiff that if Plaintiff did not file an amended complaint within that timeframe, or if Plaintiff filed an amended complaint that did not state a cognizable claim for relief or is otherwise untenable under § 1915(e), the Court would dismiss the action.

  As more than fourteen (14) days have elapsed and Plaintiff has not filed an amended complaint, this matter is DISMISSED with prejudice and without further leave to amend.

  DATED this 10th day of January, 2019.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL - 1